# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CASSANDRA CHENEVERT

VERSUS

MICHAEL BRABHAM, ARCENEAUX
PEST MANAGEMENT SERVICE,
INC. SHELTER INSURANCE
COMPANY AND MANHATTAN LIFE
INSURANCE COMPANY

NO. 2019 CW 1289

JAN 0 6 2020

---

In Re:    Cassandra Chenevert, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 667546.

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide documentation that the writ application was timely filed under the Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-3. Relator also failed to include a copy of the judgment, notice of intent to seek supervisory writs, and a signed order setting a return date in violation of the Uniform Rules of Louisiana Courts of Appeal, Rules 4-2, 4-3, and 4-5(C)(6).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

If relator seeks to file a new application with this court, it must contain all pertinent documentation, including documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before January 20, 2020 and must contain a copy of this ruling.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.